# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

| | |
|---|---|
| **Dominick Larocco** | JUDGMENT IN A CIVIL CASE |
| vs. | **CASE NO.**   9:05-CV-1602 |
| **NYS Division of Parole, et al** | |

____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**_X_**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MAY 12, 2006.

Dated:  May 12, 2006

　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　s/S. Potter
　　　　　　　　　　　　　　　　　　　　　By:  Deputy Clerk